AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| OMKAR SINGH, as Personal Representative of the Estates of PRATAP SINGH and MAYUARI SINGH, Deceased, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ROYAL CARIBBEAN CRUISES LTD., ID TOURS NEW ZEALAND LIMITED, and WHITE ISLAND TOURS LIMITED, <br><br> *Defendant(s)* | Civil Action No. 20cv24987 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ID TOURS NEW ZEALAND LIMITED
OFFICE: Level 11, 55 Shortland Street, Auckland 1010, New Zealand
POSTAL: PO Box 106-279, Auckland 1143, New Zealand

Clerk's International Service in accordance with Federal Rule of Civil Procedure 4
and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael Winkleman, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 8, 2020

*s/ Mary Etienne*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OMKAR SINGH, as Personal Representative of the Estates of PRATAP SINGH and MAYUARI SINGH, Deceased, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ROYAL CARIBBEAN CRUISES LTD., ID TOURS NEW ZEALAND LIMITED, and WHITE ISLAND TOURS LIMITED, <br><br> *Defendant(s)* | Civil Action No. 20cv24987 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ID TOURS NEW ZEALAND LIMITED
OFFICE: Level 11, 55 Shortland Street, Auckland 1010, New Zealand
POSTAL: PO Box 106-279, Auckland 1143, New Zealand

By serving the FLORIDA SECRETARY OF STATE
as statutory agent pursuant to Florida Statute 48.181 and related statutes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Winkleman, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 8, 2020

Angela E. Noble
Clerk of Court



*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OMKAR SINGH, as Personal Representative of the Estates of PRATAP SINGH and MAYUARI SINGH, Deceased, *Plaintiff(s)* <br> v. <br> ROYAL CARIBBEAN CRUISES LTD., ID TOURS NEW ZEALAND LIMITED, and WHITE ISLAND TOURS LIMITED, *Defendant(s)* | Civil Action No. 20cv24987 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WHITE ISLAND TOURS LIMITED
10 Louvain Street
Whakatane 3120
New Zealand

Clerk's International Service in accordance with Federal Rule of Civil Procedure 4 and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Winkleman, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 8, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OMKAR SINGH, as Personal Representative of the Estates of PRATAP SINGH and MAYUARI SINGH, Deceased, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ROYAL CARIBBEAN CRUISES LTD., ID TOURS NEW ZEALAND LIMITED, and WHITE ISLAND TOURS LIMITED, <br><br> *Defendant(s)* | Civil Action No.  20cv24987 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WHITE ISLAND TOURS LIMITED
10 Louvain Street
Whakatane 3120
New Zealand

By serving the FLORIDA SECRETARY OF STATE
as statutory agent pursuant to Florida Statute 48.181 and related statutes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Winkleman, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 8, 2020



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts